SOUTHERLAND v. B. V. HEDRICK GRAVEL & SAND CO.

No. 331PA96

Case below: 123 N.C. App. 120

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 10 October.1996.

SOUTHERN FURNITURE CO. v. DEPT. OF TRANSPORTATION

No. 175PA96

Case below: 122 N.C. App. 113

Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 10 October 1996.

STATE v. ADAMS

No. 361P96

Case below: 123 N.C. App. 357

Notice of appeal by defendant (substantial constitutional question) dismissed ex mero motu 10 October 1996. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 10 October 1996.

STATE v. ARTIS

No. 316P96

Case below: 123 N.C. App. 114

Petition by Attorney General for writ of supersedeas denied and stay dissolved 10 October 1996. Petition by Attorney General for dis-. cretionary review pursuant to G.S. 7A-31 denied 10 October 1996.

STATE v. BRAWNER

No. 270P96

Case below: 122 N.C. App. 576

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 10 October 1996.